HAROLD R. DAVIDSON, PLAINTIFF-PETITIONER, v. CITY OF NEWARK *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Fox, Yanoff & Fox* for the petitioner.

*Mr. Norman N. Schiff* and *Mr. Joseph A. Ward* for respondent City of Newark.

July 1, 1963.   Denied.

SALVATORE DE POMPEO, PETITIONER-RESPONDENT, v. INTERSTATE MOTOR FREIGHT SYSTEM, RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the respondent-petitioner.

*Mr. Edwin C. Eastwood, Jr.* for the petitioner-respondent.

July 1, 1963.   Denied.